IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VALERIE L. MASSEE, )<br>aka VALERIE MASSEE, )<br>)<br>Defendant. )<br>_____) | Case No. CV 99-0365-S-LMB<br><br>**ORDER AND JUDGMENT** |

Now pending before the Court is Plaintiff's Motion for Installment Payments, Pursuant to 28 U.S.C. § 3204 (Docket No. 44). The parties appeared at the November 1, 2007 hearing and stipulated to the following Order and Entry of Judgment:

**IT IS HEREBY ORDERED** that

1. Plaintiff's Motion for Installment Payments, Pursuant to 28 U.S.C. § 3204 (Docket No. 44) is GRANTED.

2. Defendant is ORDERED to pay $150.00 per month, payable on or before the twenty-second of every month to (and addressed to) the United States Attorneys' Office, 800 Park Blvd., Suite 600, Boise, Idaho 83712-9903, unless otherwise instructed by the United States Attorney to send such payments to a central location, with a penalty of contempt of Court for failure to pay.

ORDER - 1

3. Judgment is entered in favor of Plaintiff.



DATED: **November 6, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER - 2